

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Devolh Dwayne Scales, Appellant

No. 06-20-00089-CR        v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-17-26194). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Devolh Dwayne Scales, pay all costs incurred by reason of this appeal.

RENDERED JULY 15, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk